IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA SAECHOW,<br><br>    Plaintiff,<br><br> v.<br><br>PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 19-2075 |

**ORDER**

  **AND NOW**, this 31st day of March 2021, upon consideration of Defendants' Second Motion to Compel Arbitration and Stay Proceedings (Doc. No. 23), Plaintiff's Response in Opposition (Doc. No. 24), Defendants' Reply (Doc. No. 25), the arguments of counsel during the video hearing held on November 24, 2020 (Doc. No. 27), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Second Motion to Compel Arbitration and Stay Proceedings (Doc. No. 23) is **GRANTED**.

2. The Clerk of Court shall place this case in **SUSPENSE** pending the outcome of the arbitration.

3. Plaintiff is given thirty (30) days from the date of this Order in which to file for arbitration. If Plaintiff does not initiate arbitration within that time, the Court will dismiss this case.

4. The parties shall inform the Court by letter if arbitration has been initiated within thirty (30) days of the date of this Order, as well as the outcome of the arbitration if it is pursued by Plaintiff.

5.  If Plaintiff does initiate arbitration within thirty (30) days from the date of this Order, the parties shall inform the Court by letter of the status of the arbitration proceeding every ninety (90) days.

BY THE COURT:


<u>/s/ Joel H. Slomsky</u>
JOEL H. SLOMSKY, J.