

**BELL & BELL** LLP
A T T O R N E Y S  A T  L A W

May 29, 2024

**<u>VIA ECF FILING</u>**
The Honorable Joel H. Slomsky
United States District Court for the
Eastern District of Pennsylvania
601 Market Street, Room 13614
Philadelphia, PA 19106

      Re:    Pamela Saechow v. Philadelphia Academic Health System, LLC, et al.
              EDPa No.: 2:19-cv-02075-JHS

Your Honor:

I write to advise the Court of the status of arbitration with the American Arbitration Association ("AAA") in accordance with the Court's May 8, 2024 Order. Plaintiff's arbitration currently remains pending before the AAA. The arbitrator has stayed the arbitration proceedings pending the outcome of bankruptcy proceedings, which remain pending.

                          Respectfully,

                          James A. Bell, IV

Cc:    All Counsel of Record (via ECF)